January 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JANIS KAY GILLEY, Appellant

NO. 14-11-00473-CV                          V.

RICHARD A. GILLEY, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Richard A. Gilley, signed April 15, 2011, was heard on the transcript of the record. The parties have agreed to reverse the property division and remand to the trial court in accordance with a settlement agreement. We therefore order that the portions of the judgment that divide the parties' property are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay its own costs incurred in this appeal. We further order this decision certified below for observance.

We further order mandate issue immediately.